THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Robert Smalls, Appellant.
 
 
 

Appeal From Charleston County
Daniel  F. Pieper, Circuit Court Judge
Unpublished Opinion No. 2007-UP-414
Submitted October 1, 2007  Filed October
 8, 2007    
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia, Ralph E. Hoisington, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Appellant, Robert Smalls, was indicted for and
 convicted of assault and battery with intent to kill.  The trial court
 sentenced Smalls to twelve years imprisonment.  Smalls counsel attached to the brief a petition to be
 relieved as counsel, stating that he had reviewed the record and concluded this
 appeal lacks merit.  Smalls did not file a separate pro se brief.  After a
 thorough review of the record pursuant to Anders v. California, 386 U.S.
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] the appeal and grant counsels petition to be relieved.
APPEAL
 DISMISSED.
HEARN,
 CJ., HUFF, and KITTREDGE, JJ., concur.

[1]  We decide this case without oral argument pursuant to
 Rule 215, SCACR.